■ In the Matter of IRWIN HALL, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Motion to confirm report, granted; report confirmed and respondent suspended from practice as an attorney and counselor-

at-law for a period of one year. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.